IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Aimee J. Morris  
        Debtor

Chapter 13

Case No. 1:25-02234-HWV

## AFFIDAVIT

AND NOW, this 26th day of August, 2025, comes the Debtor, Aimee J. Morris and does swear and affirm that she is the Debtor in the above-captioned matter. This Affidavit sets forth the substantial changes in the Debtor's circumstances since the dismissal of the previously dismissed case.

Debtor had major surgery and was in the hospital. The Debtor was unable to provide the documents required during her recovery time.

The Debtor wishes to be in a Chapter 13 to cure mortgage arrears and prevent repossession of her vehicle. The within case has been filed in good faith by the Debtor because since the dismissal of Debtor's previous Chapter 13, the Debtor will be able to resolve her mortgage arrears and repossession of her vehicle.

/s/ *Aimee J. Morris*

Aimee J. Morris