United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                 Case No. 25-02234-HWV

Aimee J. Morris                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                           User: AutoDocke                            Page 1 of 3

Date Rcvd: Sep 03, 2025                   Form ID: ntnew341                          Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Aimee J. Morris, 3042 Glen Allen School Road, Felton, PA 17322-7801 |
| 5732846 | + | NAPA ANESTHESIA, 1300 CONCORD TERRACE, SUITE 420, SUNRISE, FL 33323-2899 |
| 5732835 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5732850 | + | UPMC LAB SERVICES, 2860 WHITEFORD RD, YORK, PA 17402-8992 |
| 5732851 | + | UPMC MEMORIAL, 1701 INNOVATION DRIVE, YORK, PA 17408-8815 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 03 2025 18:41:16 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5732839 | + | Email/Text: bncnotifications@pheaa.org | Sep 03 2025 18:39:00 | AMERICAN EDUCATION SERVICES, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 5732840 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 03 2025 18:40:00 | BRIDGECREST ACCEPTANCE CORP, PO BOX 53087, SUITE 100, PHOENIX, AZ 85072-3087 |
| 5733514 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 03 2025 18:41:37 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5732841 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2025 18:41:29 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5732842 | ^ | MEBN | Sep 03 2025 18:38:00 | CHERRY TECHNOLOGIES INC, ATTN: BANKRUPTCY, 2261 MARKET STREET #4869, SAN FRANCISCO, CA 94114-1612 |
| 5732843 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 03 2025 18:40:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5732834 | | Email/Text: hrohrbaugh@cgalaw.com | Sep 03 2025 18:40:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5732844 | + | Email/Text: EBN@edfinancial.com | Sep 03 2025 18:39:00 | EDFINANCIAL SERVICES L, 120 N SEVEN OAKS DRIVE, KNOXVILLE, TN 37922-2359 |
| 5732836 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 03 2025 18:39:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5732845 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 03 2025 18:39:00 | LOANCARE LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 5737760 | + | Email/Text: TSIBNCBOX4275@tsico.com | Sep 03 2025 18:39:00 | National Collegiate Student Loan Trust 2006-1, Po Box 4275, Norcross, GA 30091-4275 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5732847 | + | Email/PDF: cbp@omf.com | Sep 03 2025 18:41:13 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 142, EVANSVILLE, IN 47701-0142 |
| 5737352 | | Email/PDF: cbp@omf.com | Sep 03 2025 18:41:37 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5732837 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 03 2025 18:40:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5736723 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2025 18:41:16 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5732848 | + | Email/Text: bankruptcynotices@psecu.com | Sep 03 2025 18:40:00 | PSECU, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5734611 | | Email/Text: bnc-quantum@quantum3group.com | Sep 03 2025 18:40:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5732849 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 03 2025 18:41:29 | SYNCHRONY/PAYPAL CREDIT, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 5736425 | + | Email/Text: EBN@edfinancial.com | Sep 03 2025 18:39:00 | US DEPARTMENT OF EDUCATION, 120 N SEVEN OAKS DRIVE, KNOXVILLE TN 37922-2359 |
| 5732838 | | Email/Text: kcm@yatb.com | Sep 03 2025 18:39:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5732833 | * | AIMEE J. MORRIS, 3042 GLEN ALLEN SCHOOL ROAD, FELTON, PA 17322-7801 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Aimee J. Morris hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

Matthew K. Fissel        on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

| | |
|---|---|
| Aimee J. Morris, | Chapter 13 |
| **Debtor 1** | Case No. 1:25−bk−02234−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: October 9, 2025<br><br>Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 3, 2025 |

ntnew341 (09/23)