| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| 94Y | 864727 | PADLVR | | 0000280298 | 1 |

# Earnings Statement



Period Beginning: 06/30/2025
Period Ending: 07/06/2025
Pay Date: 07/11/2025

3P HEALTH LLC
6 N PARK DR. STE 110
COCKEYSVILLE  MD 21030

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table

AIMEE MORRIS
3042 GLEN ALLEN SCHOOL RD
FELTON PA 17322

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 50.0000 | 13.25 | 662.50 | 32,054.00 |
| Regular | 51.2821 | 9.75 | 500.00 | |
| Regular | 110.0000 | 1.00 | 110.00 | |
| Holiday | | | | 840.00 |
| Other | | | | 50.00 |
| **Gross Pay** | | | **$1,272.50** | 32,944.00 |

Your federal taxable wages this period are $1,272.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Comp | 1,272.50 | 32,944.00 |
| Totl Hrs Worked | 24.00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -202.00 | 5,223.35 |
| | Social Security Tax | -78.90 | 2,042.53 |
| | Medicare Tax | -18.45 | 477.69 |
| | PA State Income Tax | -39.07 | 1,011.42 |
| | Springettsbu Income Tax | -12.73 | 329.49 |
| | PA SUI Tax | -0.89 | 23.06 |
| Other | | | |
| | Mileage | | -4,793.93 |
| Adjustment | | | |
| | Mileage | +186.90 | |
| **Net Pay** | | **$1,107.36** | |
| | Checking | -1,107.36 | |
| **Net Check** | | **$0.00** | |

### Important Notes
COMPANY PH#:+1 443 275 2796

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Taxable Marital Status:
  PA:           Single
Exemptions/Allowances:
  PA:           0

© 2000 ADP, inc.

---

3P HEALTH LLC
6 N PARK DR. STE 110
COCKEYSVILLE MD 21030

Advice number: 00000280298
Pay date: 07/11/2025

Deposited to the account of
AIMEE MORRIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxx2522 | xxxx xxxx | $1,107.36 |

**THIS IS NOT A CHECK**

### NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| 94Y | 864727 | PADLVR | | 0000290306 | 1 |

# Earnings Statement 

Period Beginning: 07/07/2025
Period Ending: 07/13/2025
Pay Date: 07/18/2025

3P HEALTH LLC
6 N PARK DR. STE 110
COCKEYSVILLE MD 21030

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

AIMEE MORRIS
3042 GLEN ALLEN SCHOOL RD
FELTON PA 17322

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.6667 | 3.75 | 100.00 | 32,939.00 |
| Regular | 50.0000 | 13.50 | 675.00 | |
| Regular | 110.0000 | 1.00 | 110.00 | |
| Holiday | | | | 840.00 |
| Other | | | | 50.00 |
| **Gross Pay** | | | **$885.00** | 33,829.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -114.07 | 5,337.42 |
| | Social Security Tax | -54.87 | 2,097.40 |
| | Medicare Tax | -12.83 | 490.52 |
| | PA State Income Tax | -27.17 | 1,038.59 |
| | Springettsbu Income Tax | -8.85 | 338.34 |
| | PA SUI Tax | -0.62 | 23.68 |
| | Other | | |
| | Mileage | | -4,983.63 |
| | Adjustment | | |
| | Mileage | +189.70 | |
| | **Net Pay** | **$856.29** | |
| | Checking | -856.29 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Comp | 885.00 | 33,829.00 |
| Totl Hrs Worked | 18.25 | |

**Important Notes**
COMPANY PH#:+1 443 275 2796

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
PA: Single
Exemptions/Allowances:
PA: 0

Your federal taxable wages this period are $885.00

© 2000 ADP, Inc.

---

3P HEALTH LLC
6 N PARK DR. STE 110
COCKEYSVILLE MD 21030

Advice number: 00000290306
Pay date: 07/18/2025

Deposited to the account of
AIMEE MORRIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxx2522 | xxxx xxxx | $856.29 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE