UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| AIMEE J MORRIS | : |
|     Debtor | : CHAPTER 13 |
| | : |
| JACK N. ZAHAROPOULOS | : |
| STANDING CHAPTER 13 TRUSTEE | : |
|     Movant | : CASE NO. 1-25-BK-02234-HWV |
| | : |
| AIMEE J MORRIS | : |
|     Respondent | : |

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 9th day of October 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:
   a. Debtor(s) has not provided to Trustee copies of the 2024 federal income tax returns as required by § 521(e)(2)(A).
   b. Debtor(s) has not provided to Trustee a 6-month Profit and Loss Statement.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   c. Deny confirmation of Debtor(s)' Plan.
   d. Dismiss or convert Debtor(s)' case.
   e. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R. Roeder
     Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this 9th day of October 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. HALEY ROHRBAUGH
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK, PA   17401-

       /s/Ashley Schott
       Office of Jack N. Zaharopoulos
       Standing Chapter 13 Trustee