In re:                                                                                    Case No. 25-02234-HWV

Aimee J. Morris                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 10, 2025 | Form ID: ntcnfhrg | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Aimee J. Morris, 3042 Glen Allen School Road, Felton, PA 17322-7801 |
| 5732846 | + | NAPA ANESTHESIA, 1300 CONCORD TERRACE, SUITE 420, SUNRISE, FL 33323-2899 |
| 5732835 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5732850 | + | UPMC LAB SERVICES, 2860 WHITEFORD RD, YORK, PA 17402-8992 |
| 5732851 | + | UPMC MEMORIAL, 1701 INNOVATION DRIVE, YORK, PA 17408-8815 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 10 2025 18:56:07 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5732839 | + | Email/Text: bncnotifications@pheaa.org | Oct 10 2025 18:39:00 | AMERICAN EDUCATION SERVICES, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 5732840 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 10 2025 18:39:00 | BRIDGECREST ACCEPTANCE CORP, PO BOX 53087, SUITE 100, PHOENIX, AZ 85072-3087 |
| 5733514 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 10 2025 18:45:21 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5732841 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2025 18:45:31 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5732842 | ^ | MEBN | Oct 10 2025 18:36:50 | CHERRY TECHNOLOGIES INC, ATTN: BANKRUPTCY, 2261 MARKET STREET #4869, SAN FRANCISCO, CA 94114-1612 |
| 5732843 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 10 2025 18:39:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5740680 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 10 2025 18:45:12 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5732834 | | Email/Text: hrohrbaugh@cgalaw.com | Oct 10 2025 18:39:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5732844 | + | Email/Text: EBN@edfinancial.com | Oct 10 2025 18:39:00 | EDFINANCIAL SERVICES L, 120 N SEVEN OAKS DRIVE, KNOXVILLE, TN 37922-2359 |
| 5732836 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 10 2025 18:39:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5741032 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 10 2025 18:39:00 | Jefferson Capital Systems, LLC, PO BOX 7999, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | SAINT CLOUD, MN 56302-9617 |
| 5732845 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | |
|  |  | Oct 10 2025 18:39:00 | LOANCARE LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 5737760 | + | Email/Text: TSIBNCBOX4275@tsico.com | |
|  |  | Oct 10 2025 18:39:00 | National Collegiate Student Loan Trust 2006-1, Po Box 4275, Norcross, GA 30091-4275 |
| 5732847 | + | Email/PDF: cbp@omf.com | |
|  |  | Oct 10 2025 18:55:50 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 142, EVANSVILLE, IN 47701-0142 |
| 5737352 |  | Email/PDF: cbp@omf.com | |
|  |  | Oct 10 2025 18:45:34 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5732837 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
|  |  | Oct 10 2025 18:39:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5736723 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Oct 10 2025 18:45:39 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5743647 | + | Email/Text: bankruptcynotices@psecu.com | |
|  |  | Oct 10 2025 18:39:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5732848 | + | Email/Text: bankruptcynotices@psecu.com | |
|  |  | Oct 10 2025 18:39:00 | PSECU, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5734611 |  | Email/Text: bnc-quantum@quantum3group.com | |
|  |  | Oct 10 2025 18:39:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5748480 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Oct 10 2025 18:45:10 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5732849 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Oct 10 2025 18:55:58 | SYNCHRONY/PAYPAL CREDIT, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 5736425 | + | Email/Text: EBN@edfinancial.com | |
|  |  | Oct 10 2025 18:39:00 | US DEPARTMENT OF EDUCATION, 120 N SEVEN OAKS DRIVE, KNOXVILLE TN 37922-2359 |
| 5732838 |  | Email/Text: kcm@yatb.com | |
|  |  | Oct 10 2025 18:39:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5732833 | * | AIMEE J. MORRIS, 3042 GLEN ALLEN SCHOOL ROAD, FELTON, PA 17322-7801 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2025            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Aimee J. Morris hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Aimee J. Morris,                              Chapter            13

**Debtor 1**

Case No.          1:25−bk−02234−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 12, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: November 19, 2025<br><br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 10, 2025 |

ntcnfhrg (08/21)