IN RE: : 
AIMEE J MORRIS : 
     Debtor : CHAPTER 13
  : 
JACK N. ZAHAROPOULOS : 
STANDING CHAPTER 13 TRUSTEE : 
     Movant : CASE NO.  1-25-BK-02234-HWV
  : 
AIMEE J MORRIS : 
     Respondent : 

## TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 23rd day of March 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.     Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

    a.  Debtor(s) has not provided to Trustee a 6-month Profit and Loss Statement.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    A.  Deny confirmation of Debtor(s)' Plan.
    b.  Dismiss or convert Debtor(s)' case.
    c.  Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:  /s/ Douglas R. Roeder
      Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 23rd day of March 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. HALEY ROHRBAUGH
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK, PA   17401-

/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee