UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| AIMEE J. MORRIS | : | CHAPTER 13 |
|     Debtor | : | |
| | : | |
|   JACK N. ZAHAROPOULOS | : | |
|     STANDING CHAPTER 13 | : | CASE NO. 1-25-bk-02234-HWV |
| TRUSTEE | : | |
|     Movant | : | |
| | : | |
| AIMEE J. MORRIS | | |
|     Respondent | | |

<u>TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN</u>

AND NOW, this 13th day of July 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor's Plan for the following reason:

1. Trustee avers that Debtor's Plan cannot be administered due to the lack of the following:

    a. Debtor has not provided to Trustee a 6-month Profit and Loss Statement.

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of Debtor's Plan;
    b. Dismiss or convert Debtor's case; and
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: <u>/s/ Douglas R. Roeder</u>
    Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 13th day of July 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. HALEY ROHRBAUGH
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK, PA   17401

/s/Tanya M. Scannelli
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee

2